UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTIN BURMEISTER,

    Plaintiff,                             Case No. 3:24-cv-316

vs.

DELPHOS WIRELESS, INC., *et al.*,          District Judge Michael J. Newman
                                                            Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter (Doc. No. 6), **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

March 20, 2025                                              s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge